UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

APR 2 4 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| HARLEY MICHAEL PETERSON | § | **C-13-355** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about April 1, 2012 to on or about August 4, 2012, in the Corpus Christi

Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the

defendant,

### HARLEY MICHAEL PETERSON,

using a facility and means of interstate and foreign commerce, that is a telephone and a computer

connected to the internet, knowingly persuaded, induced, enticed and coerced an individual, who had

not attained the age of 18 years, to engage in sexual activity for which the defendant can be charged

with a criminal offense, that is, Sexual Assault, Texas Penal Code § 22.011.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
LANCE DUKE
Assistant United States Attorney