| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |
|---|---|

CORPUS CHRISTI Division

Magistrate No.: N/A

File: INDICTMENT

Filed: April 24, 2013

County: Nueces

LIONS #: 2012R32004

**C-13-355**

CR. No.: _____

**JUDGE JOHN D. RAINEY**

Judge: _____

Attorneys:

United States of America

v.

HARLEY MICHAEL PETERSON

_____

_____

KENNETH MAGIDSON, U.S. ATTORNEY

LANCE DUKE, ASST. U.S. ATTORNEY

**GRAND JURY ACTION     APP'D RET**

**PLEASE INITIAL** _____

TRUE BILL: ____

NO BILL: ____

Charge(s): Ct. 1: Used a facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce a minor to engage in sexual activity for which the defendant can be charged with a criminal offense: 18 USC 2422(b)

Total Counts: (1)

Penalty: Ct. 1: Not less than 10 years imprisonment, or for life; a fine of not more than a $250,000, or both; any term of not less than 5 years or life SRT; and, a $100 Special Assessment

In Jail: _____

On Bond: _____

No Arrest: Warrant