UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NUMBER |
| HARLEY MICHAEL PETERSON | § § | C-13-355 |

## ORDER FOR ISSUANCE OF ARREST WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| HARLEY MICHAEL PETERSON | No Bond |

SIGNED this 24th day of April, 2013

_____
UNITED STATES MAGISTRATE JUDGE