IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CR. NO. C-13-355 |
| | § | |
| Harley Michael Peterson | § | |

## ORDER OF TEMPORARY DETENTION AND HEARING

The Court,

\_\_\_\_\_sua sponte, upon finding there is a serious risk that defendant will

    \_\_\_\_\_flee,

    \_\_\_\_\_obstruct or attempt to obstruct justice,

    \_\_\_\_\_threaten, injure, intimidate or attempt to threaten, injure or intimidate a prospective witness or juror,

\_\_X\_\_upon motion by the Government,

**ORDERS** a Detention Hearing.

Motion by

\_\_X\_\_\_Government

\_\_\_\_\_Defendant ( ) pro se, or ( ) by counsel,

for Continuance is **GRANTED.** Arraignment and Detention Hearing are set for **April 30, 2013**, at **10:00 a.m.** before *U. S. Magistrate Judge Brian L. Owsley.*

Pending this hearing, Defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

ORDERED this 25th day of April 2013.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE